UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Erin Kennedy,<br><br>                         Plaintiff,<br><br>– against–<br><br>Wells Fargo Bank, National Association and Equifax Information Services LLC,<br><br>                         Defendant(s). | Civil Action No. 1:23-cv-01068<br><br>**STIPULATION OF DISMISSAL AS TO EQUIFAX** |

Plaintiff Erin Kennedy, by counsel, and Defendant Equifax Information Services, ("Equifax") by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Transunion, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Erin Kennedy against Defendant Equifax are dismissed, with prejudice. Plaintiff Erin Kennedy and Equifax shall each bear their own costs and attorneys' fees.

Date: 01/18/2024

_____ ict Court,
Anthony J. Trenga
Senior U.S. District Judge